AUSA

FILED

NOV 29 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8953

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Juan Manuel GUTIERREZ-Balderrama Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about November 28, 2007, within the Southern District of California, defendant Juan Manuel GUTIERREZ-Balderrama did knowingly and intentionally import approximately 32.9 kilograms (72.38 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 28,United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Jose G. Morquecho, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29TH, DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Juan Manuel GUTIERREZ-Balderrama

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Jose G. Morquecho.

On November 28, 2007, at approximately 0810 hours, Juan Manuel GUTIERREZ-Balderrama entered the United States at the Calexico, California, East Port of Entry. GUTIERREZ was the driver of 1999 Mercury Cougar.

GUTIERREZ gave Primary Officer Quijada, a negative oral Customs declaration. GUTIERREZ told Officer Quijada he had owned the vehicle for a few days. During inspection, Officer Quijada noted GUTIRREZ hands were shaking and his voice was cracking in a manner indicative of nervousness. GUTIERREZ and the vehicle were referred to the secondary lot for closer examination.

In the vehicle secondary lot, GUTIERREZ gave Officer Gonzalez a negative oral Customs declaration and stated he owns the vehicle and had recently registered it in his name. GUTIERREZ stated he was going Christmas shopping. Officer Gonzalez requested Canine Enforcement Officer Garcia sweep the vehicle with his assigned Narcotics Detector Dog (NDD). Officer Garcia noted his NDD alerted to the quarter panels of the vehicle and informed Officer Gonzalez.

A subsequent inspection of the vehicle revealed 15 packages in the quarter panels of the vehicle. Officer Gonzalez probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 15 packages had a combined net weight of approximately 32.9 kilograms (72.38 pounds).